No. 96. WESTERN UNION TELEGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* NANCY E. GILKINSON.  In error to the Appellate Court of the State of Indiana.  July 31, 1912.  Dismissed pursuant to the 28th Rule.  *Mr. Samuel O. Pickens, Mr. Robert Franklin Davidson, Mr. George H. Fearons, Mr. Rush Taggart* and *Mr. Francis Raymond Stark* for the plaintiff in error.  *Mr. Charles W. Hiller* for the defendant in error.

---

No. 328. AMERICAN REALTY COMPANY, PLAINTIFF IN ERROR, *v.* LEAH A. THOMPKINS.  In error to the Court of Appeals of the District of Columbia.  September 17, 1912.  Dismissed pursuant to the 28th Rule.  *Mr. Milton Strasburger* for the plaintiff in error.  *Mr. Alexander Wolf* and *Mr. J. J. Darlington* for the defendant in error.

---

No. 235. MONETT ELECTRIC LIGHT, POWER & ICE CO., APPELLANT, *v.* CITY OF MONETT, MISSOURI.  Appeal from the Circuit Court of the United States for the Western District of Missouri.  October 10, 1912.  Dismissed pursuant to the 28th Rule.  *Mr. Joseph M. Hill, Mr. James Brizzolara* and *Mr. H. L. Fitzhugh* for the appellant.  *Mr. John M. Wood* for the appellee.